# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRESKA

| | |
|---|---|
| BRUCE DWAIN COPELAND, Derivatively on behalf of RBR INVESTMENTS, INC<br><br>*Plaintiff,*<br><br>vs.<br><br>TD AMERITRADE HOLDING CORPORATION, CHARLES SCHWAB CORPORATION<br><br>*Defendants,* | Case No. 8:24CV47<br><br>**ORIGINAL COMPLAINT AND REQUEST FOR INJUNCTION** |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2024 FEB -7 AM 9:31 OFFICE OF THE CLERK

## I. THE PARTIES

1. Plaintiff Bruce Dwain Copeland ("Plaintiff Copeland"), is a resident of The State of Louisiana. Plaintiff Copeland currently lives in the city of New Orleans, LA.

2. Defendant TD Ameritrade Holding, Defendant and Defendant Charles Schwab Corporation (Collectively referred to as "Defendants"), are Corporations with a principle place of business in the State of Nebraska. Defendants corporate office is located in Omaha, Nebraska.



RECEIVED FEB 07 2024 CLERK U.S. DISTRICT COURT

## II. JURISIDICTION

3. This Court has original jurisdiction over this complaint pursuant to U.S. Code § 1332 Diversity of Citizenship and the amount in controversy exceeds $75,000.00.

## III. VENUE

4. The Venue is proper as the defendants, all of them, are located at the same principle address in the city of Omaha Nebraska.

COMES NOW, Plaintiff BRUCE DWAIN COPELAND, derivatively on behalf of RBR INVESTMENTS, INC, and for their causes of actions against TD AMERITRADE HOLDING CORPORATION, THINKORSWIM, and CHARLES SCHWAB CORPORATION ("collectively Defendants") states the following:

## IV. INTRODUCTION

1. This is an action filed by Bruce Dwain Copeland ("Plaintiff Copeland"), owner of 100% of all shares outstanding, files this complaint on behalf of RBR Investments, Inc. In addition to being the sole owner of RBR Investments, Inc. ("RBR"), Plaintiff Copeland is the Chairman, Chief Executive Officer, Secretary and Treasurer.

## V. SUMMARY OF THE COMPLAINT

2. On or about January 2024, Plaintiff Copeland opened an online brokerage account on behalf of "RBR" with Interactive Brokers.

3. The purpose for the change in broker was based on the interest rate for margin investing.

4. Interactive Brokers has offered "RBR" a margin rate of 6.83%.

5. Defendants are currently charging "RBR" a margin rate of approximately 13.50%. "RBR" has a current margin balance with Defendants in the amount of $77,785.14.

6. On or about January 20, 2024, Plaintiff Copeland sent a corporate resolution to Interactive Brokers to move his positions from Defendants to their brokerage firm.

7. On January 23, 2024, Plaintiff Copeland visited Defendants location in Metairie, Louisiana at and requested the same.

8. On January 28, 2024, Interactive Brokers sent Plaintiff Copeland a notice that the defendant **refused** to forward the position in Plaintiff's account.

9. Interactive requested Plaintiff seek the transfer himself. (*see attached exhibit 1*).

10. On January 30, 2024, Plaintiff sent an internal email to the Defendants requesting to transfer his positions to the new brokerage firm. *(see attached exhibit 2).*

11. Plaintiff attached a copy of the written request from Interactive Brokers. Defendant failed to respond.

3

12. On January 31, 2024, Plaintiff again requested Defendant to honor the request from Interactive Brokers to move his positions. Defendants have not responded. *(see attached exhibit 3).*

13. Defendant's failure to respond is cause Plaintiff to suffer financial harm by continuing to charge approximately 13.50% interest when the new firm offers a rate of 6.85%.

14. Defendant's failure to respond or act on the properly requested transfer, prompted the filing of this complaint.

## VI. CAUSES OF ACTION

### CLAIM 1

### VIOLATION OF U.S. SECURITIES AND EXCHANGE COMMISSION'S ("ACATS") TRANSFER.

15. Plaintiff Copeland incorporates paragraphs 1 through 14 by this reference as if fully set forth.

16. The U.S. Security and Exchange Commission's ("ACATS") code require brokerage firms to complete to complete the transfer process within a limited period.

17. The code requires Defendants to communicate and compare the requested transfer to ensure the information provided is accurate.

18. It also requires the firms to discuss and address any margin issues that

4

may vary between the two firms.

19. Defendants have done nothing. They are refusing to communicate with the transferring broker and refusing to communicate with Plaintiff.

WHEREFORE, Plaintiff Copeland demands judgment against Defendants for actual damages in the amount of approximately $160,000.00. The value of the account including margin totals. A judgment in the amount of any and all fees, and interest charges, placed on Plaintiff's account by Defendants since the initial request on January 23, 2024.

## CLAIM II

### VII. UNJUST ENRICHMENT

20. Plaintiff Copeland incorporates paragraphs 1 through 20 by this reference as if fully set forth.

21. Plaintiff Copeland has a margin account with Defendants. The approximate balance is $77,785.14. Defendants daily rate of interest is approximately $30.00 per day. Plaintiff alleges and believes Defendants are being unjustly enriched by failing to honor the request to transfer his account on January 23, 2024.

## CLAIM III

### VIII. INJUNCTIVE RELEIF

22. Plaintiff Copeland incorporates paragraphs 1 through 22 by this reference as if fully set forth.

23. Defendants direct refusal to respond or address the request from Plaintiff violates SEC Rules and regulations.

24. Plaintiff met directly with Defendants on January 23, 2024. Plaintiff's new broker (Interactive Brokers) requested the same in their notice on January 29, 2024.

25. Defendants have refused to respond to Plaintiff or the New Broker.

26. Plaintiff now seeks an injunction against Defendants for any and all charges, charges or fees, to his account since the day of his direct request to move his positions until the conclusion of this case.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Copeland respectfully requests that this Court order Defendants to release any and any positions, including any acceptable margin amounts, pay Court costs and fees associated with this complaint, pay any incurred expenses or cost associated with prosecuting this complaint, actual damages, punitive damages, in

amounts to be proven at trial, and all other affirmative and equitable relief, necessary to eradicate the effects of Defendants refusal to follow the rules established by the U.S. Securities and Exchange Commission.

Dated this 2nd day of February, 2024.

Bruce Dwain Copeland, pro se
9016 Nelson St.
New Orleans, LA. 70118
Bdcopeland1127@gmail.com
(972) 897-5872 (m)
(504) 930-6314 (m)
**PLAINTIFF PRO-SE**

## PROOF OF SERVICE

I, Bruce Dwain Copeland, derivatively on behalf of RBR Investments, Inc, caused a copy of this original complaint to be served on the following parties;

Charles Schwab Corporation
200 South 108th Avenue
Omaha, NE 68154

TD Ameritrade Holding
200 South 108th Avenue
Omaha, NE 68154

*/s/ Bruce Copeland*

# EXHIBIT 1

 Gmail                                                  Bruce Copeland <bdcopeland1127@gmail.com>

## Message Center Notification
1 message

**Interactive Brokers Client Services** <donotreply@interactivebrokers.com>           Mon, Jan 29, 2024 at 7:18 AM
To: bdcopeland1127@gmail.com



# Message Center Notification

Account U****7832 received the following message(s) in Message Center.

**TICKET RESPONSE(S):**

**1 Ticket Number: T155719 created on 29-Jan-2024**

**Initial Description: Position transfers from TD Ameritrade**

Response from IBCS at 29-Jan-2024

Dear Mr. Copeland,

The deposit notifications that were set up were to alert us of positionsare coming in. Please advise TD Ameritrade to deliver DTC 0534. and reference your account number.

Regards,

Joanne Ricca
Interactive Brokers

To manage your Message Center notification preferences, click here.

## Interactive Brokers

Interactive Brokers LLC, member NYSE, FINRA, SIPC     Home   Contact

Message Reference Number: 3-1706534296192, Sent Date: 2024.01.29 08:18:16 -0500
MRN:GE3TANRVGM2DEOJWGE4TGMBXGE2HYYTEMNXXAZLMMFXGIMJRGI3UAZ3NMFUWYLTDN5WXYM34GE3TANRVGM2DEOJWGE4TE%3D%3D%3D:

# EXHIBIT 2



Tue Feb 6 2024 11:59:11 am ET

## Positions transfer out

From: rash13aad | Date: 01/29/24 9:35 AM  **Message available until 01/28/26.**

1 Attachments | 1-29-2024_Interactive_Broker_Response_to_Requested_Transfer.pdf (172k)

Good morning, I submitted a request to interactive Brokers to transfer my positions to them. On Tuesday, January 23, 2024, I visited your office in Metairie, LA and requested my positions be transferred to Interactive Brokers. It appears their request and mine have not been completed. Please transfer my positions in this account to the account information attached to this message asap. Your prompt attention is appreciated. Bruce Copeland

EXHIBIT 3



Tue Feb 6 2024 11:58:23 am ET

**Positions transfer out**

From: rash13aad | Date: 01/30/24 7:02 AM   **Message available until 01/29/26.**

1 Attachments |      1-29-2024_Interactive_Broker_Response_to_Requested_Transfer.pdf (172k)

Good morning,

On January 23, 2024, I visited your Metairie, LA. I requested my positions be transferred to Interactive Brokers. On January 29, 2024, I received a copy of the written request they have made to you to transfer my positions. Today, rather than complete the transfer, I received a notice that you have sold some of my shares on January 30, 2024, without my knowledge or consent.

I have again attached their written request.

This message will be the last written communication. I will wait Thursday, February 1, 2024. I will then pursue legal action.

Thanks,

Bruce Copeland

01/02/24 23:13

# FedEx

This envelope is only for FedEx Express® shipments.

You can help us get your p[ackage and]
items securely. Need help?

Check your FedEx Express
Guide, or the conditions of
limits of liability.

© 2023 FedEx 155475/155476

PAP 21

Please recycle. See how we [create]
and resourceful ways at fed[ex.com;]
may vary by location.

Made from 100% recycled paperboard

ORIGIN ID:CRSA  (972) 887-5872
BRUCE DWAIN COPELAND
402 S HADDEN AVE

EL RENO, OK 73036
UNITED STATES US

SHIP DATE: 06FEB24
ACTWGT: 0.25 LB
CAD: 6995867/SSF02460

BILL CREDIT CARD

TO  COURT CLERK
    U S DISTRICT NEBRASKA
    111 S 18TH PLZ
    STE 1152
    OMAHA NE 68102
    (402) 661-7360          RECEIVED
                            FEB 07 2024

TRK# 2706 7555 5820        WED - 07 FEB 10:30A
0201                       PRIORITY OVERNIGHT

XS AIAA                    68102
                           NE-US  OMA

FedEx Express  E