IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE DWAIN COPELAND, derivatively on behalf of RBR Investments, Inc; <br><br><br> Plaintiff, <br><br><br> vs. <br><br><br> TD AMERITRADE HOLDING CORPORATION, and  CHARLES SCHWAB CORPORATION, <br><br><br> Defendants. | **8:24CV47** <br><br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Plaintiff filed a Notice of Appeal (Filing No. 25) on June 7, 2024. However, Plaintiff failed to include the $605.00 filing and docket fees. Plaintiff must either submit the $605.00 filing and docket fees to the Clerk's Office or submit a request to proceed in forma pauperis.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff is directed to submit the $605.00 fee to the Clerk's Office or submit a request to proceed in forma pauperis by July 8, 2024.

2.  The Clerk of Court is directed to send a copy of this Memorandum and Order, along with the proper form affidavit, to Plaintiff at his address of record.

3.  The Clerk of Court is directed to set a case management deadline in this matter for July 8, 2024, with the following text: Check for motion to proceed in forma pauperis or payment.

Dated this 7th day of June, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge