IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE DWAIN COPELAND, Derivatively on behalf of RBR Investments, Inc; <br><br> Plaintiff, <br><br> vs. <br><br> TD AMERITRADE HOLDING CORPORATION, and CHARLES SCHWAB CORPORATION, <br><br> Defendants. | 8:24CV47 <br><br><br><br> ORDER |

On June 7, 2024, the court entered an Order directing Plaintiff to either pay the $605.00 appellate filing and docket fees or submit a request to proceed in forma pauperis by July 8, 2024. Filing No. 27. To date, Plaintiff has neither paid the appellate filing and docket fees nor taken any other action in this matter. Accordingly,

IT IS ORDERED:

1. Plaintiff is not permitted to proceed in forma pauperis on appeal.

2. The Clerk of the Court is directed to process Plaintiff's appeal to the Eighth Circuit Court of Appeals in accordance with their standard procedures.

Dated this 17th day of July, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge